IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LYNCH IMPORTS, LLC and MICHAEL SHREFFLER,<br><br>Defendants. | Case No. 2:22-cv-02229-CSB-EIL |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Scottsdale Insurance Company, by its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing this action without prejudice.

DATED: May 4, 2023          Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

By: /s/ Jonathan L. Schwartz
One of the Attorneys for Scottsdale Insurance Company

Jonathan L. Schwartz (ARDC #6287338)
Glenn A. Klinger (ARDC #6319300)
FREEMAN MATHIS & GARY, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
Jonathan.Schwartz@fmglaw.com
Glenn.Klinger@fmglaw.com